**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Alejandro Mendoza, ) | No. CIV 05-2705-PHX-SRB (GEE) |
| ) | |
| Plaintiff, ) | **REPORT AND RECOMMENDATION** |
| ) | |
| vs. ) | |
| ) | |
| Joseph M. Arpaio; et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On September 6, 2005, the plaintiff filed a complaint in this court claiming his civil rights were being violated by his conditions of confinement. On February 6, 2006, this court screened the complaint and ordered commencement of service.

In that service order, the court specifically warned the plaintiff he must complete service within 60 days of the filing of the order or within the 120-day time limit allowed by FED.R.CIV.P. 4(m), whichever is later. Failure to do so, the court warned, could lead to dismissal of the action. *See also* LRCiv 16.2(b)(2)(B)(i).

That same day, the court sent service packets to the plaintiff for processing. The plaintiff, however, did not return the completed packets. The court issued the plaintiff an order to show cause why this case should not be dismissed. The plaintiff did not file a response.

The time limits for service have passed, and service has not been completed.

<u>Recommendation</u>

The Magistrate Judge recommends the District Court, after its independent review of the record, enter an order

DISMISSING this action for failure to prosecute.

Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within 10 days of being served with a copy of this report and recommendation.   If objections are not timely filed, the party's right to de novo review may be waived.  *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.2003) (en banc).

The Clerk is directed to send a copy of this report and recommendation to all parties.

DATED this 28th day of April, 2006.

_____
Glenda E. Edmonds
United States Magistrate Judge