**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jesus Alejandro Mendoza, | ) | No. CV05-2705-PHX-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph M. Arpaio, et al. | ) | |
| Defendants. | ) | |

Plaintiff, Jesus Alejandro Mendoza, filed his Civil Rights Complaint on September 9, 2005. On February 6, 2006, this Court issued an order advising Plaintiff to complete and return a service packet for Defendants by February 27, 2006. No service packet was returned. On April 10, 2006, the Court issued an order giving Plaintiff until April 21, 2006 to show cause why his case should not be dismissed. As of the date of this order Plaintiff has not responded to any of the Court's orders.

On April 28, 2006, the Magistrate Judge filed her Report and Recommendation recommending that this case be dismissed for Plaintiff's failure to prosecute.

In her Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

1  The Court finds itself in agreement with the Report and Recommendation of the
2 Magistrate Judge.
3  IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4 as the order of this Court.
5  IT IS FURTHER ORDERED dismissing this case without prejudice for failure to
6 prosecute.
7  IT IS FURTHER ORDERED directing the Clerk to enter Judgment accordingly.

 DATED this 12th day of June, 2006.

_____
Susan R. Bolton
United States District Judge

- 2 -